No. 850. FARMERS & MECHANICS' BANK OF VANDALIA, ILL., PETITIONER, *v.* HARRISON W. MAINES. December 2, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Bernard B. Selling* for the petitioner. *Mr. John C. Donnelly* for the respondent.

No. 855. THE WORK MINING & MILLING COMPANY, PETITIONER, *v.* THE DR. JACK POT MINING COMPANY. December 9, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles S. Thomas, Mr. Henry C. Hall, Mr. William H. Bryant* and *Mr. George L. Nye* for the petitioner. *Mr. William V. Hodges* for the respondent.

Nos. 860 AND 861. BYRON E. VAN AUKEN ET AL., PETITIONERS, *v.* THE MONASH-YOUNKER COMPANY. December 9, 1912. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. C. Clarence Poole* for the petitioners. *Mr. Thomas A. Banning* for the respondent.